AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00225 |
| KELLY MEGGS | ) | Assigned to: Judge Meriweather, Robin M |
| CONNIE MEGGS | ) | Assign Date: 2/11/2021 |
| GRAYDON YOUNG | ) | Description: COMPLAINT W/ARREST WARRANT |
| LAURA STEELE | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2 | Aiding and Abetting |
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 1361 | Destruction of Government Property |
| 18 U.S.C. § 1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. §§ 1752(a)(1) and (2) | Restricted Building or Grounds Access |
| 18 U.S.C. § 1519 | Obstruction of Justice / Destruction of Records (Graydon Young ONLY) |

This criminal complaint is based on these facts:

See the attached affidavit, which is incorporated herein by reference.

☐ Continued on the attached sheet.

_____
Complainant's signature

Whitney Drew, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means)   this, 10th day of August, 2020

Robin M. Meriweather
2021.02.11 23:54:02 -05'00'
_____
*Judge's signature*

Date: 02/11/2021

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*