UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    Plaintiff,

vs.                                              CASE NO.: 21-CR-28 (APM)

KELLY MEGGS and
CONNIE MEGGS,
    Defendants.
_____/

## DEFENDANTS' JOINT STATEMENT IN OPPOSITION TO THE GOVERNMENT'S MOTION TO CONTINUE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

COME NOW the defendants, KELLY MEGGS and CONNIE MEGGS, by and through undersigned counsel and together file this Joint Statement in Opposition to the Government's Motion to Continue and to Exclude Time Under the Speedy Trial Act and state:

1. The government has filed its motion to continue and exclude time under the speedy trial act based on its assertion that "the unusual complexity of the Capitol Attack investigation warrants the requested continuance" and that "[t]he investigation and prosecution of the Capitol Attack will likely be one of the largest in American history, both in terms of the number of defendants prosecuted and the nature and volume of the evidence." Doc. 73.

2. While the government may be correct with respect to its description of the entirety of the investigation of the events of January 6th, the instant indictment involves only ten defendants and four common counts. Doc. 77.

3. Based on discovery disclosed thus far, it appears that the relevant evidence consists of a finite number of electronic communications exchanged over a period of less than one month, receipts evidencing travel to the Washington D.C. area and various videos of an event, at least in the case of

Mr. and Mrs. Meggs, occurring over a period of a few hours with less than one half hour of it taking place inside the Capitol building.

4.	In short, while the defendants understand the government's belief in the necessity in enlarging the scope of the events of January 6th to include the entirety of individuals participating in the protests, these defendants played only a very small role in the events that took place that day. In short, a determination that this particular case is so outside the heartland of criminal cases as warrant the relief sought by the government is unnecessary.

5.	Furthermore, Mr. and Mrs. Meggs have each been in custody since February 7th, 2021, with Mrs. Meggs not even yet having been arraigned or transported to Washington D.C.  This while ostensibly wearing the cloak of innocence to which criminal defendants are entitled, which is proving more elusive with each passing day.

6.	The fear is that should the Court grant the government's request, the defendants face a period of pretrial detention so protracted as to transform from administrative to punitive.

7.	Based on these factors and those set forth by counsel for the similarly situated defendants, Mr. and Mrs. Meggs respectfully object to the relief sought by the government.

RESPECTFULLY SUBMITTED,

/s/ David Anthony Wilson
DAVID ANTHONY WILSON
201 S.W. 2nd Street, Suite 101
Ocala, FL 34471
(352) 629-4466
david@dwilsonlaw.com
Trial Attorney for Defendant
D.C. Bar ID: FL0073

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18th, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Office of the United States Attorney.

/s/ David Anthony Wilson
DAVID ANTHONY WILSON