UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 21-28-8 (APM) |
| ) | |
| KELLY MEGGS, ) | |
| ) | |
| Defendant. ) | |
| | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 21-28-9 (APM) |
| ) | |
| CONNIE MEGGS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The court hereby appoints Thomas B. Mason and Thomas G. Connolly of Harris, Wiltshire & Grannis LLP to serve as conflicts counsel in this matter to advise Defendants Kelly Meggs and Connie Meggs concerning the potential conflicts of interest arising from their joint representation by the same counsel, David A. Wilson. *See generally Cuyler v. Sullivan*, 446 U.S. 335 (1980); *United States v. Bikundi*, 80 F. Supp. 3d 9, 18–19 (D.D.C. 2015) (identifying potential conflicts arising from joint representation). The court hereby directs both government counsel and Mr. Wilson to cooperate with conflicts counsel to provide the information they require to assess

the potential conflicts posed by joint representation.  Conflicts counsel shall update the court no later than April 21, 2021, as to their progress in advising Mr. and Ms. Meggs.

Dated:  April 7, 2021

_____
Amit P. Mehta
United States District Court Judge