UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    Plaintiff,

vs.                                                CASE NO.: 1:21-CR-00028-APM

KELLY MEGGS
    Defendant.
_____/

## **PROPOSED ORDER**

Upon consideration by the Court of Kelly Meggs' Unopposed Motion to Adopt Co-Defendant Caldwell's Motion to Dismiss Case, Defendant Meggs' Motion is hereby Granted.

Dated this _____ day of _____, 2021.

_____
HON. AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE