UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    Plaintiff,

vs.                                                CASE NO.: 1:21-CR-00028-APM

KELLY MEGGS
    Defendant.
_____/      FLORIDA BAR NO.: 0983675

## MOTICE OF ADOPTION OF CO-DEFENDANTS' MOTIONS

COMES NOW the defendant, KELLY MEGGS, by and through his undersigned counsel, and pursuant to the Court's direction, and submits the following NOTICE OF ADOPTION of the following motions filed by co-defendants in this matter.

The defendant files this notice to obtain the result of the Court's ruling on these motions without unduly burdening the court and record with unnecessarily duplicative filings and pleadings.

The defendant reserves the right to supplement any motion so adopted, as well as presenting oral argument thereon, to the extent that the document does not adequately address the interests of Mr. Meggs.

    a. Motion to Dismiss by Joshua James. Doc. 269.

b. Motion for Bill of Particulars by Joshua James. Doc. 270.

c. Motion to Change Venue by Thomas Caldwell. Doc. 273.

d. Unopposed Motion for Extension of Time to File Pretrial Motions by Sandra Ruth Parker. Doc. 274.

e. Motion to Dismiss by Kenneth Harrelson. Doc. 278.

f. Motion to Dismiss by Donovan Ray Crowl. Doc. 288.

RESPECTFULLY SUBMITTED,

/s/ David Anthony Wilson
DAVID ANTHONY WILSON
201 S.W. 2nd Street, Suite 101
Ocala, FL 34471
(352) 629-4466
david@dwilsonlaw.com
Trial Attorney for Defendant
Florida Bar No: 0983675
D.C. Bar ID: FL0073

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 8th, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Office of the United States Attorney.

/s/ David Anthony Wilson
DAVID ANTHONY WILSON
