

21-cr-28-APM

Exhibit A