IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-cr-28-APM |
| | : | |
| v. | : | |
| | : | |
| KELLY MEGGS (8), | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT KELLY MEGGS'S
MOTION TO SUPPRESS IDENTIFICATION**

The government agrees to not seek to introduce, in its case-in-chief, Officer Dunn's out-of-court identification of Defendant Kelly Meggs in a single-photograph procedure. However, the government submits that, at trial, it may seek to elicit from Officer Dunn an in-court identification of Defendant Kelly Meggs, so long as the government elicits sufficient indicia of reliability, including Officer Dunn's expression of an ability to identify the defendant with confidence. *See United States v. Morgan*, 248 F. Supp. 3d 208, 214-15 (D.D.C. 2017) (holding that the government would be permitted to seek to elicit an in-court identification of the defendant, "so that the jury can evaluate its reliability").

1

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By: _____
Jeffrey S. Nestler
Assistant United States Attorney
D.C. Bar No. 978296
Ahmed M. Baset
Troy A. Edwards, Jr.
Louis Manzo
Kathryn Rakoczy
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
jeffrey.nestler@usdoj.gov
202-252-7277

*/s/ Alexandra Hughes*
Alexandra Hughes
Justin Sher
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20004