UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    Plaintiff,

vs.                                                  CASE NO.: 21-CR-128 (APM)

KELLY MEGGS
    Defendant.
_____/

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW the undersigned, as counsel for defendant KELLY MEGGS pursuant to LCrR 44.5(d) and files this Motion for Leave to Withdraw as Counsel of Record for Mr. Meggs and as grounds in support states:

1. The undesigned is counsel of record for defendant Kelly Meggs in the instant matter.

2. Mr. Meggs has informed the undersigned that he has opted to exercise his Sixth Amendment right to counsel of his choice and has retained another attorney to represent him herein. Because he has other counsel he wishes the undersigned to take no further action in his defense.

3. The undersigned therefore asks for leave to withdraw as counsel of record for Mr. Meggs and to be relieved of further responsibility herein.

4. The undesigned has conferred with Assistant United States Attorney Jeffrey Nestler who has indicated the government does not oppose the relief requested herein.

## CONCLUSION

Based on the above, the undesigned and Kelly Meggs respectfully request this Court grant

leave for the undersigned to withdraw as counsel of record for Mr. Meggs.

RESPECTFULLY SUBMITTED,

/s/ David Anthony Wilson
DAVID ANTHONY WILSON
201 S.W. 2nd Street, Suite 101
Ocala, FL 34471
(352) 629-4466
david@dwilsonlaw.com
Trial Attorney for Defendant
D.C. Bar ID: FL0073

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Office of the United States Attorney.

Pursuant to LCrR 44.5(d), a true and correct copy hereof has be furnished via U.S. Mail postage prepaid to Kelly Meggs DCDC#376780 c/o Correctional Treatment Facility 1901 E St. SE Washington, DC 20003 on October 26, 2021.

/s/ David Anthony Wilson
DAVID ANTHONY WILSON
