AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-cr-00028-APM-8 |
| Kelly Meggs (in Thomas Caldwell case group) | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kelly Meggs                                                                                                                                          .

Date:     10/29/2021                                                    /s/ Jonathon A. Moseley
                                                                                            *Attorney's signature*

                                                                        Jonathon A. Moseley DCDC Bar VA005, VSB 41058
                                                                                        *Printed name and bar number*

                                                                                5765-F Burke Centre Parkway PMB #337
                                                                                              Burke, Virginia 22105

                                                                                                        *Address*

                                                                        Contact@JonMoseley.com  Moseley391@gmail.com
                                                                                                    *E-mail address*

                                                                                                (703) 656-1230
                                                                                                *Telephone number*

                                                                                                (703) 997-0937
                                                                                                    *FAX number*