UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 21-cr-00028 (APM) |
| v. ) | |
| ) | |
| KENNETH HARRELSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING DEFENDANT'S MOTION MOTION FOR ENLARGEMENT OF PAGE LIMIT**

Upon Consideration of Defendant Kenneth Harrelson's and Defendant Kelly Meggs' Motion to Withdraw the enlarge the page limit, the **MOTION IS GRANTED.**

SO ORDERED this _____ day of _____, 2021.

_____

THE HONORABLE AMIT P. MEHTA

United States District Judge
