# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Complainant,<br>　　v.<br><br>KELLY MEGGS<br><br>　　and<br><br>KENNETH HARRELSON<br><br><br>*(Styled as USA v. Thomas Edward Caldwell incorporating cases against multiple Defendants)*<br>　　　　　　Defendant | Criminal Case No.<br><br>1:21-cr-28-8-APM<br><br>Assigned to the Honorable<br>Amit Mehta, District<br>Court Judge |

## KELLY MEGGS AND KENNETH HARRELSON
## REQUEST FOR SCHEDULING HEARING, ARGUMENT, AND DECISION ON MOTION TO REMOVE THE SENSITIVE DESIGNATION OF CERTAIN VIDEO

COMES NOW the Defendants Kelly Meggs and Kenneth Harrelson, by counsel, and request that the Court scheduled a hearing, oral argument, and decision upon Kelly Meggs And Kenneth Harrelson Request For Scheduling Hearing, Argument, And Decision On Motion To Remove The Sensitive Designation Of Certain Video.

### REQUEST FOR ORAL ARGUMENT

Defendant Kelly Meggs, by counsel, requests oral argument upon the motion.

_____
Jonathon Moseley, Esq.

Dated:  November 23, 2021　　　　RESPECTFULLY SUBMITTED

KELLY MEGGS, *By Counsel*

Jonathon A. Moseley, Esq.

USDCDC Bar No. VA005
Virginia State Bar No. 41058
Mailing address only:
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
       Telephone:  (703) 656-1230
**Contact@JonMoseley.com**
**Moseley391@gmail.com**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 23, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants.  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Jeffrey S. Nestler**
U.S. ATTORNEY'S OFFICE
555 Fourth Street NW
Washington, DC 20530
202-252-7277
**jeffrey.nestler@usdoj.gov**

**Kathryn Leigh Rakoczy**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6928
(202) 305-8537 (fax)
**kathryn.rakoczy@usdoj.gov**

**Justin Todd Sher**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW

Washington, DC 20530
202-353-3909
**justin.sher@usdoj.gov**

**Troy A. Edwards, Jr**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
202-252-7081
**troy.edwards@usdoj.gov**

**Alexandra Stalimene Hughes**
DOJ-Nsd
950 Pennsylvania Ave NW
Washington DC, DC 20004
202-353-0023
**Alexandra.Hughes@usdoj.gov**

**Louis J. Manzo**
DOJ-CRM
1400 New York Ave NW
Washington, DC 20002
202-616-2706
**louis.manzo@usdoj.gov**

**Ahmed Muktadir Baset**
U.S. ATTORNEY'S OFFICE
United States Attorney's Office for the District of Col
555 Fourth Street, N.W., Room 4209
Washington, DC 20530
202-252-7097
**ahmed.baset@usdoj.gov**

_____
Jonathon Moseley, Esq.