IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Complainant,<br> v.<br><br>KELLY MEGGS<br><br><br>*(Styled as <u>USA v. Thomas Edward Caldwell</u> incorporating cases against multiple Defendants)*<br><br>     Defendant | Criminal Case No.<br><br>1:21-cr-28-8-APM<br><br>Assigned to the Honorable Amit Mehta, District Court Judge |

### KELLY MEGGS' REQUEST FOR SCHEDULING HEARING, ARGUMENT, OF HIS MOTION FOR ISSUANCE OF A *SUBPOENA DUCES TECUM* TO THE U.S. CAPITOL POLICE

### AND EXHIBIT ATTACHED

COMES NOW the Defendant Kelly Meggs, by counsel, and request that the Court scheduled a hearing, oral argument, and decision upon Kelly Meggs Motion For Issuance Of A *Subpoena Duces Tecum* To The U.S. Capitol Police, along with his Supplemental Memorandum of law.

Moreover, Defendant Kelly Meggs neglected to attach as an Exhibit the warning of the D.C. Bar in its magazine Anna Stolley Persky, "A Cautionary Tale: The Ted Stevens

Prosecution," Washington Lawyer *[publication of the D.C. Bar.]*, October 2009, [1] concerning *USA v Theodore F. Stevens*, No. 1:08-CR-00231-EGS, U.S. District Court for the District of Columbia, Memorandum and Opinion by Judge Emett Sullivan, (Docket No. 257, December 22, 2008).

### REQUEST FOR ORAL ARGUMENT

Defendant Kelly Meggs, by counsel, requests oral argument upon the motion.

_/s/ Jonathon Moseley, Esq._

Dated:  November 27, 2021           RESPECTFULLY SUBMITTED
                                    KELLY MEGGS, *By Counsel*

_/s/ Jonathon A. Moseley, Esq._

USDCDC Bar No. VA005

---

[1] https://www.dcbar.org/bar-resources/publications/washington-lawyer/articles/october-2009-ted-stevens.cfm  According to the Internet archive service "The Way Back Machine," the D.C. Bar deleted this article in June 2020, and therefore a copy (retrieved from the Way Back Machine) is hereby attached.  Counsel had personally reviewed this article years ago at the D.C. Bar's website, before it was deleted by the D.C. Bar.

>Virginia State Bar No. 41058
>Mailing address only:
>5765-F Burke Centre Parkway, PMB #337
>Burke, Virginia 22015
>        Telephone:  (703) 656-1230
>**Contact@JonMoseley.com**
>**Moseley391@gmail.com**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants. From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Jeffrey S. Nestler**
U.S. ATTORNEY'S OFFICE
555 Fourth Street NW
Washington, DC 20530
202-252-7277
**jeffrey.nestler@usdoj.gov**

**Kathryn Leigh Rakoczy**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6928
(202) 305-8537 (fax)
**kathryn.rakoczy@usdoj.gov**

**Justin Todd Sher**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
202-353-3909
**justin.sher@usdoj.gov**

**Troy A. Edwards, Jr**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
202-252-7081
**troy.edwards@usdoj.gov**

**Alexandra Stalimene Hughes**
DOJ-Nsd
950 Pennsylvania Ave NW
Washington DC, DC 20004
202-353-0023
**Alexandra.Hughes@usdoj.gov**

**Louis J. Manzo**
DOJ-CRM
1400 New York Ave NW
Washington, DC 20002
202-616-2706
**louis.manzo@usdoj.gov**

**Ahmed Muktadir Baset**
U.S. ATTORNEY'S OFFICE
United States Attorney's Office for the District of Col
555 Fourth Street, N.W., Room 4209
Washington, DC 20530
202-252-7097
**ahmed.baset@usdoj.gov**

_____
Jonathon Moseley, Esq.