IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Complainant,<br>  v.<br><br>KELLY MEGGS<br><br>*(Styled as <u>USA v. Thomas Edward Caldwell</u> incorporating cases against multiple Defendants)*<br><br>     Defendant | Criminal Case No.<br><br>1:21-cr-28-8-APM<br><br>Assigned to the Honorable Amit Mehta, District Court Judge |

**MOTION FOR LEAVE OF COURT TO FILE**
**AMENDED**
**DEFENDANT'S KELLY MEGG'S REPLY MEMORANDUM OF POINTS AND**
**AUTHORITIES IN FURTHER SUPPORT OF**
**ISSUANCE OF A *SUBPOENA DUCES TECUM* TO THE U.S. CAPITOL POLICE**

Comes now Defendant, Kelly Meggs, by counsel, and requests leave of court to file an *Amended* Reply Memorandum of Points And Authorities in Further Support of his Motion for Issuance of a Subpoena Duces Tecum to the U.S. Capitol Police (ECF Nos. 500, 501) and for his grounds states as follows.

Upon review, counsel for Kelly Meggs realizes that his Reply was so narrowly focused on responding to the Opposition of the Government that the meaning of the Reply was obscured and not clear without an introductory explanation of the context of the Reply.

In the Amended version, Counsel has added a new Section II "Recap and Review" because the original version responded very specifically to the Government's Opposition but ended up being difficult to follow without first reviewing the main idea of the motion.

1

Dated: December 14, 2021                    RESPECTFULLY SUBMITTED
                                            KELLY MEGGS, *By Counsel*

*Jonathon A. Moseley, Esq.*

USDCDC Bar No. VA005
Virginia State Bar No. 41058
Mailing address only:
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
Telephone: (703) 656-1230
Contact@JonMoseley.com
Moseley391@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants. From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Jeffrey S. Nestler**
U.S. ATTORNEY'S OFFICE
555 Fourth Street NW
Washington, DC 20530
202-252-7277
jeffrey.nestler@usdoj.gov

**Kathryn Leigh Rakoczy**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6928
(202) 305-8537 (fax)
kathryn.rakoczy@usdoj.gov

**Justin Todd Sher**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
202-353-3909

justin.sher@usdoj.gov

**Troy A. Edwards, Jr**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
202-252-7081
troy.edwards@usdoj.gov

**Alexandra Stalimene Hughes**
DOJ-Nsd
950 Pennsylvania Ave NW
Washington DC, DC 20004
202-353-0023
Alexandra.Hughes@usdoj.gov

**Louis J. Manzo**
DOJ-CRM
1400 New York Ave NW
Washington, DC 20002
202-616-2706
louis.manzo@usdoj.gov

**Ahmed Muktadir Baset**
U.S. ATTORNEY'S OFFICE
United States Attorney's Office for the District of Col
555 Fourth Street, N.W., Room 4209
Washington, DC 20530
202-252-7097
ahmed.baset@usdoj.gov

_____
Jonathon Moseley, Esq.