IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Complainant,<br>   v.<br><br>KELLY MEGGS<br><br>*(Styled as <u>USA v. Thomas Edward Caldwell</u> incorporating cases against multiple Defendants)*<br>                              Defendant | Criminal Case No.<br><br>1:21-cr-28-8-APM<br><br><br>Assigned to the Honorable<br>Amit Mehta, District<br>Court Judge |


### DEFENDANT KELLY MEGGS' MOTION FOR MODIFICATION OF CONDITIONS OF DETENTION AND ABILITY TO REVIEW DISCOVERY MATERIAL

COMES NOW Defendant Kelly Meggs, by counsel, and hereby moves the Court to modify the terms of detention under which he has been ordered to be held in detention *pre-trial*. In support of his motion, Kelly Meggs files his supporting Memorandum of Law.

Dated:  December 21, 2021          RESPECTFULLY SUBMITTED
                                   KELLY MEGGS, *By Counsel*

                                   *[signature]*
                                   Jonathon A. Moseley, Esq.

                                   USDCDC Bar No. VA005
                                   Virginia State Bar No. 41058
                                   Mailing address only:
                                   5765-F Burke Centre Parkway, PMB #337
                                   Burke, Virginia 22015
                                        Telephone:  (703) 656-1230
                                   **Contact@JonMoseley.com**
                                   **Moseley391@gmail.com**

## CERTIFICATE OF CONSULTATION

I hereby certify that at on December 20, 2021, I emailed to all members of the prosecution team at 4:10 PM, asking if the Government has a position consenting to, opposing, or requesting compromise or adjustments to the motion. As of 12:45 PM I have not heard a response back from any member of the US Attorneys' team.

Jonathon A. Moseley, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants. From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Jeffrey S. Nestler**
U.S. ATTORNEY'S OFFICE
555 Fourth Street NW
Washington, DC 20530
202-252-7277
**jeffrey.nestler@usdoj.gov**

**Kathryn Leigh Rakoczy**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6928
(202) 305-8537 (fax)
**kathryn.rakoczy@usdoj.gov**

**Justin Todd Sher**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
202-353-3909
**justin.sher@usdoj.gov**

**Troy A. Edwards, Jr**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA

555 4th Street, NW
Washington, DC 20001
202-252-7081
**troy.edwards@usdoj.gov**

**Alexandra Stalimene Hughes**
DOJ-Nsd
950 Pennsylvania Ave NW
Washington DC, DC 20004
202-353-0023
**Alexandra.Hughes@usdoj.gov**

**Louis J. Manzo**
DOJ-CRM
1400 New York Ave NW
Washington, DC 20002
202-616-2706
**louis.manzo@usdoj.gov**

**Ahmed Muktadir Baset**
U.S. ATTORNEY'S OFFICE
United States Attorney's Office for the District of Col
555 Fourth Street, N.W., Room 4209
Washington, DC 20530
202-252-7097
**ahmed.baset@usdoj.gov**

_/s/ Jonathon Moseley_
Jonathon Moseley, Esq.