AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Thomas Caldwell (Defendant Kelly Meggs) | ) | Case No.  1:21-cr-28-APM |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   John Matthews, News Director and/or Assignment Editor,  RADIO LICENSE HOLDINGS LLC (of Atlanta, Georgia) doing business as WMAL RADIO.  4400 Jenifer Street NW, Washington, DC 20015.  Telephone:  (202) 895 2358 Facsimile:  (202) 686 3061.  News desk: news@wmal.com

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court for the District of Columbia, 333 Constitution Avenue N.W., Washington, D.C. 20001 | Courtroom No.: | |
|---|---|---|---|
| | | Date and Time: | 04/19/2021 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

WMAL radio station logs and records from January 6, 2021, including those of radio shows or programs led by individual hosts like Christ Plante broadcast over WMAL, showing whether or not WMAL broadcast Donald Trump's speech or speeches on January 6, 2021, that is meaning any broadcasts by WMAL that could be received by radios within the District of Columbia, in whole or in part, live in real time or replayed later.  These documents do not need to include any replay broadcasts which WMAL aired after 6:00 PM  You are invited to negotiate with the parties and prosecutions for a stipulation for receiving such documents and your statementt as authoritative possibly without personal attendance.

*(SEAL)*

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Kelly Meggs
_____ , who requests this subpoena, are:

Jonathon Moseley, Esq., Attorney at Law.   Mailing Address:  5765-F Burke Centre Parkway, #337 Burke, Virginia 22015.  Telephone:  (703) 656-1230  (Eastern Standard Time)  Facsimile:   (703) 997-0937 Contact@JonMoseley.com or Moseley391@gmail.com.

Please note that it can sometimes be negotiated to substitute stipulations of facts with all attorneys in place of a short testimony.  You or your attorney is permitted to contact the attorney(s) to explore arrangements as to the timing and manner of testimony.  However, the reasons why your testimony is needed might not be immediately obvious.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:21-cr-28-APM

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: