AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Thomas Caldwell (Defendant Kelly Meggs) | ) | Case No.  1:21-cr-28-APM |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   ANDREW J SMRECEK
COMBAT ART TRAINING LLC
3263 TAFFETA STREET
DADE CITY, Florida 33523

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court for the District of Columbia, 333 Constitution Avenue N.W., Washington, D.C. 20001 | Courtroom No.: |
|---|---|---|
| | | Date and Time:  04/19/2021 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Any and all records concerning whether Combat Art Training, LLC, including any of its personnel, offered or provided "paramilitary training" at any time after 1/1/2020, whether or not in violation of Florida Statutes § 790.29 (2017), and/or taught paramilitary training to KELLY MEGGS or other members of the OATH KEEPERS, and/or ever trained them concerning firearms AFTER the results of the November 3, 2020, election becoming known, AFTER close of business on November 5, 2020.  ALSO: Any and all certificates of training or records of completion of training for training provided to KELLY MEGGS, showing what type of training was provided.  ALSO any and all advertising for paramilitary training.

*(SEAL)*

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Kelly Meggs
_____ , who requests this subpoena, are:

Jonathon Moseley, Esq., Attorney at Law.  Mailing Address:  5765-F Burke Centre Parkway, #337 Burke, Virginia 22015.  Telephone:  (703) 656-1230  (Eastern Standard Time)  Facsimile:   (703) 997-0937  Contact@JonMoseley.com or Moseley391@gmail.com.

Please note that it can sometimes be negotiated to substitute stipulations of facts with all attorneys in place of a short testimony.  You or your attorney is permitted to contact the attorney(s) to explore arrangements as to the timing and manner of testimony.  However, the reasons why your testimony is needed might not be immediately obvious.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  1:21-cr-28-APM

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: