AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Thomas Caldwell (Defendant Kelly Meggs) | ) | Case No.  1:21-cr-00028-APM |
| *Defendant* | ) ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Luke Mogelson, Reporter
The New Yorker Magazine
1 World Trade Center, New York, NY 10007.

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court for the District of Columbia, 333 Constitution Avenue N.W., Washington, D.C. 20001 | Courtroom No.: | 20 (so-called ceremonial court) |
|---|---|---|---|
| | | Date and Time: | 04/19/2021 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Any and all documents, records, or communications, written or recorded, including video recordings, recorded from inside the U.S. Capitol building on January 6, 2021, and any authorization or approval to enter the U.S. Capitol Grounds or building.

*(SEAL)*

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  KELLY MEGGS
_____, who requests this subpoena, are:

Jonathon Moseley, Esq., Attorney at Law.  Mailing Address:  5765-F Burke Centre Parkway, #337 Burke, Virginia 22015.  Telephone:  (703) 656-1230  (Eastern Standard Time)  Facsimile:   (703) 997-0937  Contact@JonMoseley.com or Moseley391@gmail.com.

Case No.   1:21-cr-00028-APM

**PROOF OF SERVICE**

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: