IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Complainant,<br> v.<br><br>KELLY MEGGS<br><br>*(Styled as <u>USA v. Thomas Edward Caldwell</u> incorporating cases against multiple Defendants)*<br>        Defendant | Criminal Case No.<br><br>1:21-cr-28-8-APM<br><br>Assigned to the Honorable<br>Amit Mehta, District<br>Court Judge |

## PARTIAL RETRACTION OF ONE SUBPOENA AMENDING DEFENDANT KELLY MEGGS' REQUEST FOR FIRST GROUP OF WITNESS SUBPOENAS

COMES NOW Defendant Kelly Meggs, by counsel, and WITHDRAWS his requests for a witness subpoena to ALEX JONES, because counsel has received clarification that an intermediary events planning company planned, arranged, and managed the involvement of Kelly Meggs and other Oath Keepers at the demonstration which was given a demonstration permit by the U.S. Capitol Police to be held at Lot 8 on the U.S. Capitol Grounds across Second Street, NE, from the U.S. Supreme Court, on January 6, 2021.

Because the arrangements with the Oath Keepers from Florida, including Kelly Meggs, to provide security, VIP escorting / ushering through the crowds, at the WOMEN FOR AMERICA FIRST ("Save America") rally at and around the Ellipse park area South of the White House and on U.S. Capitol Grounds at Lot 8 were delegated to an intermediate events company, ALEX JONES (or his staff) are not witnesses with the most direct personal knowledge as to the reasons why the Oath Keeper Defendants walked from the Ellipse to the U.S. Capitol to assist with the

demonstration that was permitted and authorized by the U.S. Capitol Police.

Because the demonstration at Lot 8 on the U.S. Capitol Grounds was permitted and authorized by the U.S. Capitol Police, these Defendants were legally authorized and approved to be on the U.S. Capitol Grounds on January 6, 2021, and had no plan, conspiracy, intent, or thought of stopping the certification of the Electoral College vote results, which would be a ridiculous and absurd Government fairy tale in any event.

Counsel has been directed to the witnesses with the most direct personal knowledge that these Defendants are innocent of the charges against them, whom Counsel will subpoena as witnesses in a second group of subpoena requests.

Dated:  January 5, 2022          RESPECTFULLY SUBMITTED
                                 KELLY MEGGS, *By Counsel*

Jonathon A. Moseley, Esq.

USDCDC Bar No. VA005
Virginia State Bar No. 41058
Mailing address only:
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
     Telephone:  (703) 656-1230
**Contact@JonMoseley.com**
**Moseley391@gmail.com**

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants.  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Jeffrey S. Nestler**
U.S. ATTORNEY'S OFFICE

555 Fourth Street NW
Washington, DC 20530
202-252-7277
**jeffrey.nestler@usdoj.gov**

**Kathryn Leigh Rakoczy**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6928
(202) 305-8537 (fax)
**kathryn.rakoczy@usdoj.gov**

**Justin Todd Sher**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
202-353-3909
**justin.sher@usdoj.gov**

**Troy A. Edwards, Jr**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
202-252-7081
**troy.edwards@usdoj.gov**

**Alexandra Stalimene Hughes**
DOJ-Nsd
950 Pennsylvania Ave NW
Washington DC, DC 20004
202-353-0023
**Alexandra.Hughes@usdoj.gov**

**Louis J. Manzo**
DOJ-CRM
1400 New York Ave NW
Washington, DC 20002
202-616-2706
**louis.manzo@usdoj.gov**

**Ahmed Muktadir Baset**
U.S. ATTORNEY'S OFFICE
United States Attorney's Office for the District of Col
555 Fourth Street, N.W., Room 4209

Washington, DC 20530
202-252-7097
**ahmed.baset@usdoj.gov**

_____
Jonathon Moseley, Esq.